FILED

NOV 12 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 92CR0584-TWR |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION AND RECALL ARREST WARRANT |
| Martin Lopez-Robles, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and pursuant to Federal Rules of Criminal Procedure 48(a),

IT IS HEREBY ORDERED that the Indictment in the above captioned case is dismissed without prejudice and the Arrest Warrant be recalled due to the length of time Defendant has been a fugitive.

IT IS SO ORDERED AND ADJUDGED.

DATED: 11/12/24

_____
HON. TODD W. ROBINSON
United States District Judge